IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : |
| | : CRIMINAL NO. 1:CR-13-0065 |
| JEFFREY SCHMUTZLER, | : |
| Defendant | :   (Judge Caldwell) |

*O R D E R*

AND NOW, this 9th day of March, 2017, it is ordered that Defendant's motion (Doc. 93) under Fed. R. Civ. P. 60(b)(6) is dismissed as being a second or successive 2255 motion over which the court lacks jurisdiction.

/s/William W. Caldwell
William W. Caldwell
United States District Judge