IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
    vs.                           :
                                  :    CRIMINAL NO. 1:CR-13-0065
JEFFREY SCHMUTZLER,               :
            Defendant             :       (Judge Caldwell)
                                  :
                                  :
                                  :


*O R D E R*


       AND NOW, this 13th day of April, 2017, it is ordered that Defendant's

motion (Doc. 110) under Fed. R. Civ. P. 60(b)(4) to vacate a void judgment is denied for

the reasons set forth in the court's memorandum (Doc. 107) dealing with Defendant's

motion under Fed. R. Civ. P. 60(b)(6).



                  /s/William W. Caldwell
                  William W. Caldwell
                  United States District Judge