IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | |
| : | CRIMINAL NO. 1:CR-13-0065 |
| JEFFREY SCHMUTZLER, : | |
| Defendant : | (Judge Caldwell) |

*O R D E R*

AND NOW, this 20th day of April, 2017, based on the accompanying memorandum, it is ordered that Defendant's motion (Doc. 113) under 18 U.S.C. § 3582(c)(2) for a reduction in his sentence is denied.

/s/William W. Caldwell
William W. Caldwell
United States District Judge