IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : |
| | : CRIMINAL NO. 1:CR-13-0065 |
| JEFFREY SCHMUTZLER, | : |
| Defendant | : (Judge Caldwell) |

*O R D E R*

AND NOW, this 10th day of May, 2017, it is ordered that Defendant's motion (Doc. 119) for reconsideration of our order of April 20, 2017, which denied his motion under 18 U.S.C. § 3582(c)(2) for a reduction in his sentence, is denied.

/s/William W. Caldwell
William W. Caldwell
United States District Judge