IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
vs. :
: CRIMINAL NO. 1:CR-13-0065
JEFFREY SCHMUTZLER, :
Defendant : (Judge Caldwell)
:
:
:

*O R D E R*

AND NOW, this 13th day of July, 2017, it is ordered that:

1. Defendant's motion (Doc. 121) under Fed. R. Civ. P. 60(b)(6) is dismissed as being a second or successive 2255 motion over which the court lacks jurisdiction.

2. Defendant's motion (Doc. 123) for appointment of counsel is denied because his Rule 60(b)(6) motion lacks merit.

3. The following motions are dismissed as moot: (a) Defendant's motion (Doc. 126) for release on bail pending resolution of his 28 U.S.C. § 2255 motion; (b) Defendant's motion (Doc. 127) to hold a hearing on his Rule 60(b)(6) motion; (c) Defendant's motion (Doc. 130) to hold a hearing on the ineffective-assistance claim; (d) Defendant's motion (Doc. 131) for immediate release.

/s/William W. Caldwell
William W. Caldwell
United States District Judge