UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
:
: CRIMINAL NO. 1:13-CR-00065
v. :
:
JEFFREY SCHMUTZLER, :
    Defendant :

*O R D E R*

AND NOW, this 17th day of October, 2017, upon consideration of Defendant Jeffrey Schmutzler's "Motion to Obtain Relief from Judgment or Order" (Doc. 146), and in accord with our accompanying memorandum, it is hereby ORDERED that the motion is DENIED.

                                         /s/ William W. Caldwell
                                         William W. Caldwell
                                         United States District Judge